**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| ISRAEL ORTIZ, | : | |
| Petitioner, | : | **ORDER** |
| v. | : | Crim. No. 11-475 (WHW) |
| UNITED STATES OF AMERICA, | : | |
| Respondent. | : | |

**Walls, Senior District Judge**

It is, on this 26th day of September, 2012:

**ORDERED** that Defendant's motion to vacate his conviction under 28 U.S.C. § 1651 or 28 U.S.C. § 2255 is denied.

**/s/ William H. Walls**
United States Senior District Judge